## SECOND DEPARTMENT, MARCH, 1916.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LUKE KILGALLON, Appellant, v. JOHN H. NUHN, Clerk of the Municipal Court of the City of New York, Third District, Borough of Queens, Respondent.

Appeal by the relator from an order of the Supreme Court, made at Special Term and entered in the office of the clerk of the county of Queens on the 23d day of November, 1915, denying a motion for a peremptory writ of mandamus.

PER CURIAM: We think that the disposition made by the Special Term was right. The opinion of Maddox, J., who presided in that court, renders any discussion by us unnecessary. The opinion as printed in the record and as published (92 Misc. Rep. 312) states that *Browning, King & Co.* v. *Chamberlain* (150 App. Div. 392) was affirmed in 210 New York, 270. This was probably a slip of the pen. That case was reversed. (See 210 N. Y. 270, 274.) The order of the Special Term is affirmed, with ten dollars costs and disbursements. Jenks, P.J., Thomas, Carr, Mills and Rich, JJ., concurred. Order affirmed, with ten dollars costs and disbursements.